IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | |
| ROBERT FOX et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| HOME CARE HOSPICE, INC., et al., | : | No. 06-4679 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 3rd day of April, 2019, upon agreement of the parties to confer with the Honorable Timothy Rice, United States Magistrate Judge, see Doc. No. 127, it is **ORDERED** that this case is referred to Magistrate Judge Rice for proceedings related only to the Defendants' Motion to Enforce Settlement Agreement (Doc. No. 129).

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE